**No. 09-8723. Rochelle Driessen, Petitioner v. Florida Department of Children and Families, et al.**

559 U.S. 1039, 130 S. Ct. 2063, 176 L. Ed. 2d 417, 2010 U.S. LEXIS 2761.

March 29, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 351 Fed. Appx. 355.